FILED

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

APR 09 2025

KP
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | NO. 3:25-cr-00082 |
| v. | ) | |
| | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| [1] MAURICE SMITH | ) | 18 U.S.C. § 922(a)(3) |
| [2] ARVELLA ABERCRUMBIE | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924 |

# INDICTMENT

COUNT ONE

(Conspiracy to Commit Offenses Against the United States—18 U.S.C. § 371)

THE GRAND JURY CHARGES:

PURPOSE OF THE CONSPIRACY

1. Beginning not later than in or about May 2021, the exact date being unknown to the Grand Jury, and continuing through to the present, in the Middle District of Tennessee and elsewhere, the defendants, **[1] MAURICE SMITH** and **[2] ARVELLA ABERCRUMBIE,** did knowingly combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to commit certain offenses against the United States, that is:

A. To knowingly engage in the business of dealing in firearms without a license and in the course of such business, to ship and transport any firearm in interstate commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A);

B. To knowingly make false and fictitious written statements to Federal Firearms Licensees ("FFLs"), which statements were intended and likely to deceive the FFLs as to a fact material to the lawfulness of the sale and acquisition of said firearm under Chapter 44 of Title 18, United States Code, namely, that individuals would falsely

represent on ATF Form 4473, the Firearms Transaction Record, that an individual was the transferee and buyer of said firearm, when in fact, the firearm was being purchased for another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

2. By engaging in the business of dealing firearms without a license, **[1] MAURICE SMITH** and **[2] ARVELLA ABERCRUMBIE** were able to conceal the nature of their firearms transactions from federal authorities because these transactions were not recorded and subject to inspection and audit.

3. Furthermore, **[1] MAURICE SMITH** and **[2] ARVELLA ABERCRUMBIE** were able to profit and enrich themselves and each other from the unrecorded transactions and were able to obtain firearms unlawfully.

MANNER AND MEANS

4. It was part of the conspiracy that **[1] MAURICE SMITH, [2] ARVELLA ABERCRUMBIE,** and other individuals known and unknown to the Grand Jury, would coordinate the purchase of firearms within the Middle District of Tennessee by **[1] MAURICE SMITH** and **[2] ARVELLA ABERCRUMBIE** and others known and unknown to the Grand Jury.

5. It was further part of the conspiracy that **[1] MAURICE SMITH** and **[2] ARVELLA ABERCRUMBIE** would make false and fictitious written statements to FFLs, which statements were intended and likely to deceive the FFLs as to a fact material to the lawfulness of the sale and acquisition of said firearm under Chapter 44 of Title 18, United States Code, namely, that **[1] MAURICE SMITH** and **[2] ARVELLA ABERCRUMBIE** would falsely represent on ATF Form 4473, the Firearms Transaction Record, that **[1] MAURICE SMITH** and/or **[2] ARVELLA ABERCRUMBIE** was the transferee and buyer of said firearm, when in fact, other

individuals known and unknown to the Grand Jury were the actual purchasers and/or transferees of those firearms.

6. It was further part of the conspiracy that other individuals known and unknown to the Grand Jury would pay **[1] MAURICE SMITH** and **[2] ARVELLA ABERCRUMBIE** following the purchase of the firearms and would typically pay $300 or $400 over the purchase price paid by **[1] MAURICE SMITH** and **[2] ARVELLA ABERCRUMBIE** to acquire the firearms.

7. It was further part of the conspiracy that after purchasing the firearms, **[1] MAURICE SMITH** and **[2] ARVELLA ABERCRUMBIE** would transfer the firearms to other individuals known and unknown to the Grand Jury, who would facilitate the transport of these firearms to other individuals known and unknown to the Grand Jury within and outside of the Middle District of Tennessee.

OVERT ACTS

8. In furtherance of the conspiracy, and to accomplish its object and purpose, at least one co-conspirator committed and caused to be committed, in the Middle District of Tennessee and elsewhere, at least one of the following overt acts, among others:

A. On or about December 31, 2021, **[1] MAURICE SMITH** purchased a Smith & Wesson M&P 15, 5.56x45mm rifle from Sportsman's Warehouse, which is in the Middle District of Tennessee;

B. On or about December 31, 2021, **[1] MAURICE SMITH** attested on an ATF Form 4473 at Sportsman's Warehouse that he was "the actual transferee/buyer of the firearm(s) listed on this form" which was a firearm he purchased on behalf of another individual from Sportsman's Warehouse;

C. On or about January 15, 2022, **[1] MAURICE SMITH** purchased a Glock

21, Gen4, 45mm pistol from Sportsman's Warehouse, which is in the Middle District of Tennessee;

D. On or about January 15, 2022, **[1] MAURICE SMITH** attested on an ATF Form 4473 at Sportsman's Warehouse that he was "the actual transferee/buyer of the firearm(s) listed on this form" which was a firearm he purchased on behalf of another individual from Sportsman's Warehouse;

E. On or about January 18, 2022, **[1] MAURICE SMITH** purchased: (1) four Glock 42, .38mm caliber pistols; and (2) a Glock 43, 9mm caliber pistol from Sportsman's Warehouse, which is in the Middle District of Tennessee;

F. On or about January 18, 2022, **[1] MAURICE SMITH** attested on an ATF Form 4473 at Sportsman's Warehouse that he was "the actual transferee/buyer of the firearm(s) listed on this form" which were firearms he purchased on behalf of another individual from Sportsman's Warehouse;

G. Sometime after January 18, 2022, members of the conspiracy coordinated the delivery of a Glock 42, .38mm pistol to individual(s) outside of the State of Tennessee;

H. On or about January 21, 2022, **[2] ARVELLA ABERCRUMBIE** purchased: (1) a Glock 17, 9mm pistol; and (2) a Glock 19, 9mm pistol from Mid Tenn's Pawn and Loan, LLC, which is in the Middle District of Tennessee;

I. On or about January 21, 2022, **[2] ARVELLA ABERCRUMBIE** attested on an ATF Form 4473 at Sportsman's Warehouse that she was "the actual transferee/buyer of the firearm(s) listed on this form" which were firearms she purchased on behalf of another individual from Mid Tenn's Pawn and Loan, LLC;

J. On or about February 11, 2022, **[1] MAURICE SMITH** purchased a Glock 36, 45mm caliber pistol, a Glock 41 Gen4, 45 mm caliber pistol, and a Glock 22 Gen5, 40

mm caliber pistol from Sportsman's Warehouse, which is in the Middle District of Tennessee;

K. On or about February 11, 2022, **[1] MAURICE SMITH** attested on an ATF Form 4473 at Sportsman's Warehouse that he was "the actual transferee/buyer of the firearm(s) listed on this form" which were firearms he purchased on behalf of another individual from Sportsman's Warehouse;

L. Sometime after February 11, 2022, members of the conspiracy coordinated the delivery of a Glock 36, 45mm caliber pistol, to individual(s) outside of the State of Tennessee;

M. On or about March 5, 2022, **[2] ARVELLA ABERCRUMBIE** purchased: (1) two Glock 21SF, 45mm pistols; (2) a Glock 32, 357mm pistol; (3) a Glock 21SF, 45mm pistol; (4) three Glock 22, 40mm pistols; and (5) a Glock 20SF, 10mm pistol; from Specialty Arms II, which is in the Middle District of Tennessee;

N. On or about March 5, 2022, **[2] ARVELLA ABERCRUMBIE** attested on an ATF Form 4473 at Specialty Arms II that she was "the actual transferee/buyer of the firearm(s) listed on this form" which were firearms she purchased on behalf of another person from Specialty Arms II;

O. Sometime after March 5, 2022, another person coordinated the delivery of a Glock 21SF, 45mm pistol to individual(s) outside of the State of Tennessee;

P. On or about March 7, 2022, **[2] ARVELLA ABERCRUMBIE** purchased two Glock 20, 10mm pistols from Bullseye Gun, Gear & Pawn, LLC, which is in the Middle District of Tennessee;

Q. On or about March 7, 2022, **[2] ARVELLA ABERCRUMBIE** attested on an ATF Form 4473 at Bullseye Gun, Gear & Pawn, LLC that she was "the actual

transferee/buyer of the firearm(s) listed on this form" which were firearms she purchased on behalf of another person from Bullseye Gun, Gear & Pawn, LLC;

R. On or about March 14, 2022, **[1] MAURICE SMITH** purchased a Beretta PX4 Storm, 40mm pistol from Mid Tenn's Pawn and Loan, LLC, which is in the Middle District of Tennessee;

S. On or about March 14, 2022, **[1] MAURICE SMITH** attested on an ATF Form 4473 at Mid Tenn's Pawn and Loan, LLC that he was "the actual transferee/buyer of the firearm(s) listed on this form" which was a firearm he purchased on behalf of another person from Mid Tenn's Pawn and Loan, LLC;

T. On or about March 26, 2022, **[2] ARVELLA ABERCRUMBIE** purchased: (1) a Glock 36, Gen3, 45mm pistol; (2) a Glock 22, Gen5, 40mm pistol; (3) a Glock 29, 10mm pistol; (4) a Glock 40, 10mm pistol; (5) a Glock 20, Gen4, 10mm pistol; (6) a Glock 21, Gen4, 45mm pistol; and (7) a Glock 30, 45mm pistol from Bullseye Gun, Gear & Pawn, LLC, which is in the Middle District of Tennessee;

U. On or about March 26, 2022, **[2] ARVELLA ABERCRUMBIE** attested on an ATF Form 4473 at Bullseye Gun, Gear & Pawn, LLC that she was "the actual transferee/buyer of the firearm(s) listed on this form" which were firearms she purchased on behalf of another person from Bullseye Gun, Gear & Pawn, LLC;

V. Sometime after March 26, 2022, members of the conspiracy coordinated the delivery of a Glock 36, Gen3, 45mm pistol to individual(s) outside of the State of Tennessee;

W. On or about April 25, 2022, **[2] ARVELLA ABERCRUMBIE** purchased: (1) a Glock 21, Gen3, 45mm pistol; (2) a Glock 23, 40mm pistol; (3) a Glock 36, 45mm pistol; and (4) a Glock 22, 40mm pistol from Bullseye Gun, Gear & Pawn, LLC, which is

in the Middle District of Tennessee;

X. On or about April 25, 2022, **[2] ARVELLA ABERCRUMBIE** attested on an ATF Form 4473 at Bullseye Gun, Gear & Pawn, LLC that she was "the actual transferee/buyer of the firearm(s) listed on this form" which were firearms she purchased on behalf of another person from Bullseye Gun, Gear & Pawn, LLC;

Y. Sometime after April 25, 2022, members of the conspiracy coordinated the delivery of a Glock 21, Gen3, 45mm pistol, to individual(s) outside of the State of Tennessee;

Z. On or about April 30, 2022, **[1] MAURICE SMITH** purchased: (1) a Glock 21, Gen4, 45mm caliber pistol; (2) a Glock 27, Gen3, 40mm caliber pistol; and (3) a Glock 20SF, 10mm caliber pistol from Specialty Arms II, which is in the Middle District of Tennessee;

AA. On or about April 30, 2022, **[1] MAURICE SMITH** attested on an ATF Form 4473 at Specialty Arms II that he was "the actual transferee/buyer of the firearm(s) listed on this form" which were firearms he purchased on behalf of another person;

BB. Sometime after April 30, 2022, members of the conspiracy coordinated the delivery of a Glock 21, Gen4, 45mm caliber pistol, to individual(s) outside of the State of Tennessee;

CC. On or about July 1, 2022, **[2] ARVELLA ABERCRUMBIE** purchased a Hi-Point CF380, 380mm pistol from Mid Tenn's Pawn and Loan, LLC, which is in the Middle District of Tennessee;

DD. On or about July 1, 2022, **[2] ARVELLA ABERCRUMBIE** attested on an ATF Form 4473 at Mid Tenn's Pawn and Loan, LLC that she was "the actual transferee/buyer of the firearm(s) listed on this form" which was a firearm she purchased

on behalf of another person from Mid Tenn's Pawn and Loan, LLC;

EE. On or about March 29, 2023, **[1] MAURICE SMITH** attested on an ATF Form 4473 at Mid Tenn's Pawn and Loan, LLC that he was "the actual transferee/buyer of the firearm(s) listed on this form" which was a firearm he purchased on behalf of another person from Mid Tenn's Pawn and Loan, LLC;

FF. On or about March 10, 2024, **[1] MAURICE SMITH** purchased an Anderson Model: AM-15 5.56x45mm caliber rifle from Sportsman's Warehouse, which is in the Middle District of Tennessee;

GG. On or about March 10, 2024, **[1] MAURICE SMITH** attested on an ATF Form 4473 at Sportsman's Warehouse that he was "the actual transferee/buyer of the firearm(s) listed on this form" which was a firearm he purchased on behalf of another person from Sportsman's Warehouse;

All in violation of Title 18, United States Code, Section 371.

COUNT TWO

(Trafficking in Firearms—18 U.S.C. § 922(a)(1)(A))

THE GRAND JURY FURTHER CHARGES:

Beginning not later than in or about January 2022, the exact date being unknown to the Grand Jury, and continuing through to the present, in the Middle District of Tennessee and elsewhere, the defendants, **[1] MAURICE SMITH, [2] ARVELLA ABERCRUMBIE,** and other individuals known and unknown to the Grand Jury, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(2).

## COUNT THREE

(Materially False Statement to an FFL in Connection
with a Firearms Purchase —18 U.S.C. §§ 922(a)(6) and 924(a)(2))

THE GRAND JURY FURTHER CHARGES:

On or about December 31, 2021, in the Middle District of Tennessee, the defendant, **[1] MAURICE SMITH**, in connection with the acquisition of a firearm, to wit, a Smith & Wesson M&P 15, 5.56x45mm rifle, from Sportsman's Warehouse, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Sportsman's Warehouse, which statement was intended and likely to deceive Sportsman's Warehouse, as to a fact material to the lawfulness of the sale and acquisition of said firearm to **[1] MAURICE SMITH** under Chapter 44 of Title 18, United States Code, in that **[1] MAURICE SMITH** falsely represented on ATF Form 4473, the Firearms Transaction Record, that **[1] MAURICE SMITH** was the transferee and buyer of said firearm, when in fact, **[1] MAURICE SMITH** purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR

(Materially False Statement to an FFL in Connection
with a Firearms Purchase —18 U.S.C. §§ 922(a)(6) and 924(a)(2))

THE GRAND JURY FURTHER CHARGES:

On or about January 15, 2022, in the Middle District of Tennessee, the defendant, **[1] MAURICE SMITH**, in connection with the acquisition of a firearm, to wit, a Glock 21, Gen4, 45mm pistol, from Sportsman's Warehouse, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Sportsman's Warehouse, which statement was intended and likely to deceive Sportsman's Warehouse, as to a fact material to the lawfulness of the sale and acquisition of said firearm to **[1] MAURICE SMITH** under

Chapter 44 of Title 18, United States Code, in that **[1] MAURICE SMITH** falsely represented on ATF Form 4473, the Firearms Transaction Record, that **[1] MAURICE SMITH** was the transferee and buyer of said firearm, when in fact, **[1] MAURICE SMITH** purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

<u>COUNT FIVE</u>

(Materially False Statement to an FFL in Connection
with a Firearms Purchase —18 U.S.C. §§ 922(a)(6) and 924(a)(2))

THE GRAND JURY FURTHER CHARGES:

On or about January 18, 2022, in the Middle District of Tennessee, the defendant, **[1] MAURICE SMITH**, in connection with the acquisition of a firearm, to wit: four Glock 42, .38mm caliber pistols, and a Glock 43, 9mm caliber pistol from Sportsman's Warehouse, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Sportsman's Warehouse, which statement was intended and likely to deceive Sportsman's Warehouse, as to a fact material to the lawfulness of the sale and acquisition of said firearm to **[1] MAURICE SMITH** under Chapter 44 of Title 18, United States Code, in that **[1] MAURICE SMITH** falsely represented on ATF Form 4473, the Firearms Transaction Record, that **[1] MAURICE SMITH** was the transferee and buyer of said firearm, when in fact, **[1] MAURICE SMITH** purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SIX

(Materially False Statement to an FFL in Connection with a Firearms Purchase —18 U.S.C. §§ 922(a)(6) and 924(a)(2))

THE GRAND JURY FURTHER CHARGES:

On or about January 21, 2022, in the Middle District of Tennessee, the defendant, **[2] ARVELLA ABERCRUMBIE**, in connection with the acquisition of a firearm, to wit: a Glock 17, 9mm pistol; and a Glock 19, 9mm pistol, from Mid Tenn's Pawn & Loan, LLC, a Federal Firearms Licensee ("FFL") licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Mid Tenn's Pawn & Loan, LLC., which statement was intended and likely to deceive Mid Tenn's Pawn & Loan, LLC, as to a fact material to the lawfulness of the sale and acquisition of said firearm to **[2] ARVELLA ABERCRUMBIE** under Chapter 44 of Title 18, United States Code, in that **[2] ARVELLA ABERCRUMBIE** falsely represented on ATF Form 4473, the Firearms Transaction Record, that **[2] ARVELLA ABERCRUMBIE** was the transferee and buyer of said firearm, when in fact, **[3] ARVELLA ABERCRUMBIE** purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SEVEN

(Materially False Statement to an FFL in Connection with a Firearms Purchase —18 U.S.C. §§ 922(a)(6) and 924(a)(2))

THE GRAND JURY FURTHER CHARGES:

On or about February 11, 2022, in the Middle District of Tennessee, the defendant, **[1] MAURICE SMITH**, in connection with the acquisition of a firearm, to wit: a Glock 36, 45mm caliber pistol; a Glock 41, Gen4, 45mm caliber pistol; and a Glock 22, Gen5, 40mm caliber pistol from Sportsman's Warehouse, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Sportsman's Warehouse, which

statement was intended and likely to deceive Sportsman's Warehouse, as to a fact material to the lawfulness of the sale and acquisition of said firearm to **[1] MAURICE SMITH** under Chapter 44 of Title 18, United States Code, in that **[1] MAURICE SMITH** falsely represented on ATF Form 4473, the Firearms Transaction Record, that **[1] MAURICE SMITH** was the transferee and buyer of said firearm, when in fact, **[1] MAURICE SMITH** purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT EIGHT

(Materially False Statement to an FFL in Connection
with a Firearms Purchase —18 U.S.C. §§ 922(a)(6) and 924(a)(2))

THE GRAND JURY FURTHER CHARGES:

On or about March 5, 2022, in the Middle District of Tennessee, the defendant, **[2] ARVELLA ABERCRUMBIE**, in connection with the acquisition of a firearm, to wit, two Glock 21SF, 45mm pistols; a Glock 32, 357mm pistol; a Glock 21SF, 45mm pistol; three Glock 22, 40mm pistols; and a Glock 20SF, 10mm pistol, from Specialty Arms II, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Specialty Arms II, which statement was intended and likely to deceive Specialty Arms II, as to a fact material to the lawfulness of the sale and acquisition of said firearm to **[2] ARVELLA ABERCRUMBIE** under Chapter 44 of Title 18, United States Code, in that **[2] ARVELLA ABERCRUMBIE** falsely represented on ATF Form 4473, the Firearms Transaction Record, that **[2] ARVELLA ABERCRUMBIE** was the transferee and buyer of said firearm, when in fact, **[2] ARVELLA ABERCRUMBIE** purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).



Case 3:25-cr-00082 Document 3 Filed 04/09/25 Page 12 of 18 PageID #: 14

## COUNT NINE

(Materially False Statement to an FFL in Connection with a Firearms Purchase —18 U.S.C. §§ 922(a)(6) and 924(a)(2))

THE GRAND JURY FURTHER CHARGES:

On or about March 7, 2022, in the Middle District of Tennessee, the defendant, **[2] ARVELLA ABERCRUMBIE**, in connection with the acquisition of a firearm, to wit: two Glock 20, 10mm pistols from Bullseye Gun, Gear & Pawn, LLC, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Bullseye Gun, Gear & Pawn, LLC, which statement was intended and likely to deceive Bullseye Gun, Gear & Pawn, LLC, as to a fact material to the lawfulness of the sale and acquisition of said firearm to **[2] ARVELLA ABERCRUMBIE** under Chapter 44 of Title 18, United States Code, in that **[2] ARVELLA ABERCRUMBIE** falsely represented on ATF Form 4473, the Firearms Transaction Record, that **[2] ARVELLA ABERCRUMBIE** was the transferee and buyer of said firearm, when in fact, **[2] ARVELLA ABERCRUMBIE** purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TEN

(Materially False Statement to an FFL in Connection with a Firearms Purchase —18 U.S.C. §§ 922(a)(6) and 924(a)(2))

THE GRAND JURY FURTHER CHARGES:

On or about March 14, 2022, in the Middle District of Tennessee, the defendant, **[1] MAURICE SMITH**, in connection with the acquisition of a firearm, to wit, a Beretta PX4 Storm, 40mm pistol from Mid Tenn's Pawn and Loan, LLC, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Mid Tenn's Pawn and Loan, LLC, which statement was intended and likely to deceive Mid Tenn's Pawn and Loan, LLC, as to a fact material to the lawfulness of the sale and acquisition of said firearm to **[1]**

**MAURICE SMITH** under Chapter 44 of Title 18, United States Code, in that **[1] MAURICE SMITH** falsely represented on ATF Form 4473, the Firearms Transaction Record, that **[1] MAURICE SMITH** was the transferee and buyer of said firearm, when in fact, **[1] MAURICE SMITH** purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT ELEVEN

(Materially False Statement to an FFL in Connection
with a Firearms Purchase —18 U.S.C. §§ 922(a)(6) and 924(a)(2))

THE GRAND JURY FURTHER CHARGES:

On or about March 26, 2022, in the Middle District of Tennessee, the defendant, **[2] ARVELLA ABERCRUMBIE**, in connection with the acquisition of a firearm, to wit, a Glock 36, Gen3, 45mm pistol; a Glock 22, Gen5, 40mm pistol; a Glock 29, 10mm pistol; a Glock 40, 10mm pistol; a Glock 20, Gen4, 10mm pistol; a Glock 21, Gen4, 45mm pistol; and a Glock 30, 45mm pistol, from Bullseye Gun, Gear & Pawn, LLC, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Bullseye Gun, Gear & Pawn, LLC, which statement was intended and likely to deceive Bullseye Gun, Gear & Pawn, LLC, as to a fact material to the lawfulness of the sale and acquisition of said firearm to **[2] ARVELLA ABERCRUMBIE** under Chapter 44 of Title 18, United States Code, in that **[2] ARVELLA ABERCRUMBIE** falsely represented on ATF Form 4473, the Firearms Transaction Record, that **[2] ARVELLA ABERCRUMBIE** was the transferee and buyer of said firearm, when in fact, **[2] ARVELLA ABERCRUMBIE** purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT TWELVE

(Materially False Statement to an FFL in Connection
with a Firearms Purchase —18 U.S.C. §§ 922(a)(6) and 924(a)(2))

THE GRAND JURY FURTHER CHARGES:

On or about April 25, 2022, in the Middle District of Tennessee, the defendant, **[2] ARVELLA ABERCRUMBIE**, in connection with the acquisition of a firearm, to wit: a Glock 21, Gen3, 45mm pistol; a Glock 23, 40mm pistol; a Glock 36, 45mm pistol; and a Glock 22, 40mm pistol, from Bullseye Gun, Gear & Pawn, LLC, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Bullseye Gun, Gear & Pawn, LLC, which statement was intended and likely to deceive Bullseye Gun, Gear & Pawn, LLC, as to a fact material to the lawfulness of the sale and acquisition of said firearm to **[2] ARVELLA ABERCRUMBIE** under Chapter 44 of Title 18, United States Code, in that **[2] ARVELLA ABERCRUMBIE** falsely represented on ATF Form 4473, the Firearms Transaction Record, that **[2] ARVELLA ABERCRUMBIE** was the transferee and buyer of said firearm, when in fact, **[2] ARVELLA ABERCRUMBIE** purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THIRTEEN

(Materially False Statement to an FFL in Connection
with a Firearms Purchase —18 U.S.C. §§ 922(a)(6) and 924(a)(2))

THE GRAND JURY FURTHER CHARGES:

On or about April 30, 2022, in the Middle District of Tennessee, the defendant, **[1] MAURICE SMITH**, in connection with the acquisition of a firearm, to wit: a Glock 21, Gen4, 45mm caliber pistol; a Glock 27, Gen3, 40mm caliber pistol; and a Glock 20SF, 10mm caliber pistol from Specialty Arms II, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Specialty Arms II, which statement was intended and likely to deceive Specialty Arms II, as to a fact material to the lawfulness of the sale and acquisition of said firearm to **[1] MAURICE SMITH** under Chapter 44 of Title 18, United States Code, in that **[1] MAURICE SMITH** falsely represented on ATF Form 4473, the Firearms Transaction Record, that **[1] MAURICE SMITH** was the transferee and buyer of said firearm, when in fact, **[1] MAURICE SMITH** purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOURTEEN

(Materially False Statement to an FFL in Connection
with a Firearms Purchase —18 U.S.C. §§ 922(a)(6) and 924(a)(2))

THE GRAND JURY FURTHER CHARGES:

On or about July 1, 2022, in the Middle District of Tennessee, the defendant, **[2] ARVELLA ABERCRUMBIE**, in connection with the acquisition of a firearm, to wit, a Hi-Point CF380, 380 mm pistol, from Mid Tenn's Pawn and Loan, LLC, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Mid Tenn's Pawn and Loan, LLC, which statement was intended and likely to deceive Mid Tenn's Pawn and Loan, LLC, as to a fact material to the lawfulness of the sale and acquisition of said

firearm to **[2] ARVELLA ABERCRUMBIE** under Chapter 44 of Title 18, United States Code, in that **[2] ARVELLA ABERCRUMBIE** falsely represented on ATF Form 4473, the Firearms Transaction Record, that **[2] ARVELLA ABERCRUMBIE** was the transferee and buyer of said firearm, when in fact, **[2] ARVELLA ABERCRUMBIE** purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT FIFTEEN

(Materially False Statement to an FFL in Connection
with a Firearms Purchase —18 U.S.C. §§ 922(a)(6) and 924(a)(2))

THE GRAND JURY FURTHER CHARGES:

On or about March 10, 2024, in the Middle District of Tennessee, the defendant, **[1] MAURICE SMITH**, in connection with the acquisition of a firearm, to wit, an Anderson Model: AM-15 5.56x45mm caliber rifle from Sportsman's Warehouse, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Sportsman's Warehouse, which statement was intended and likely to deceive Sportsman's Warehouse, as to a fact material to the lawfulness of the sale and acquisition of said firearm to **[1] MAURICE SMITH** under Chapter 44 of Title 18, United States Code, in that **[1] MAURICE SMITH** falsely represented on ATF Form 4473, the Firearms Transaction Record, that **[1] MAURICE SMITH** was the transferee and buyer of said firearm, when in fact, **[1] MAURICE SMITH** purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of any one of the Counts of the Indictment, the defendants, **[1] MAURICE SMITH** and **[2] ARVELLA ABERCRUMBIE** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in a knowing violation of a Title 18 offense as alleged in this Indictment.

A TRUE BILL

[redacted]

FOREPERSON

ROBERT E. MCGUIRE
ACTING UNITED STATES ATTORNEY

JOSHUA A. KURTZMAN
ASSISTANT UNITED STATES ATTORNEY